IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LARRY BARBER,
MATTHEW LEVI FAISON,
and ELBERT JOHNSON,

    Plaintiffs,

v.                               Case No. 4:23-cv-214-AW-MAF

ODELL JUSTICE, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's May 30, 2023 report and recommendation (ECF No. 4), to which there has been no objection. I have determined the report and recommendation should be adopted, and it is now incorporated into this order. The motion for leave to proceed in forma pauperis (ECF No. 2) is DENIED. The clerk will enter a judgment that says, "The case is dismissed without prejudice." The clerk will then close the file.

SO ORDERED on June 29, 2023.

                                        s/ *Allen Winsor*
                                        United States District Judge